

also complains that the district court erred in making a finding as to when he entered federal custody. Any error is harmless, however, given the availability of administrative remedies within the Bureau of Prisons. *See United States v. Pardue*, 363 F.3d 695, 699 (8th Cir.2004).

Accordingly, we affirm the judgment of the district court; we grant counsel's motion to withdraw; and we deny Poe's motion for release, having concluded that the arguments in support thereof are meritless.

PER CURIAM.

Spencer Pierce appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, *see Hartsfield v. Nichols*, 511 F.3d 826, 829 (8th Cir.2008), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Spencer PIERCE, Appellant,

v.

**John BALDWIN, Director of IDOC, Appellee.**

No. 11–2442.

United States Court of Appeals, Eighth Circuit.

Submitted: April 30, 2012.

Filed: July 23, 2012.

Spencer Pierce, Ely, NV, pro se.

William Allen Hill, Attorney General's Office, Des Moines, IA, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

**UNITED STATES of America, Appellee,**

v.

**Carl R. TODD, Appellant.**

No. 11–3875.

United States Court of Appeals, Eighth Circuit.

Submitted: May 23, 2012.

Filed: June 25, 2012.

Ronna A. Holloman–Hughes, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

James C. Bohling, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.